# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2019 DEC 5 PM 3: 27
CLERK _Casbell_
SO. DIST. OF GA.

| | |
|---|---|
| LLOYD HAROLD JONES, | *  |
| Petitioner, | * CIVIL ACTION NO.: 5:19-cv-61 |
| v. | * |
| TRACY JOHNS, | * |
| Respondent. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Petitioner Lloyd Jones ("Jones") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DENIES as moot** Respondent's Motion to Dismiss and Jones's 28 U.S.C. § 2241 Petition, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Jones *in forma pauperis* status on appeal.

**SO ORDERED**, this 5 day of December, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)